UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANLETT EUGENE KIMMONS,<br><br>Plaintiff,<br><br>v.<br><br>A. AVILAR,<br><br>Defendant. | Case No. 14-cv-00954-JD<br><br>**ORDER GRANTING EXTENSION**<br><br>Re: Dkt. Nos. 19, 20 |

GOOD CAUSE APPEARING, it is hereby ordered that Defendant's request for an extension of time (Docket No. 20) is **GRANTED**. Defendant has until **October 30, 2014**, to file a dispositive motion. Plaintiff's motion for a default judgment (Docket No. 19) is **DENIED** as Defendant has appeared in this action.

**IT IS SO ORDERED.**

Dated: October 3, 2014

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRANLETT EUGENE KIMMONS,

    Plaintiff,

    v.

A. AVILAR,

    Defendant.

Case No. 14-cv-00954-JD

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 10/3/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Branlett Eugene Kimmons ID: AR2030
2900 Bristol Street
Suite B-300
Costa Mesa, CA 92626

Dated: 10/3/2014

Richard W. Wieking
Clerk, United States District Court

By: *Lisa R. Clark*
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2