UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRANLETT EUGENE KIMMONS,

    Plaintiff,

  v.

A. AVILAR,

    Defendant.

Case No. 14-cv-00954-JD

**ORDER TO FILE A RESPONSE**

Defendant was granted two extensions and was to file a dispositive motion by December 29, 2014. That date has passed and defendant has not filed a dispositive motion. Within **7 days** defendant must indicate if he intends to file a dispositive motion or if this case cannot be resolved by such a motion.

**IT IS SO ORDERED**.

Dated: March 9, 2015

JAMES DONATO

United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANLETT EUGENE KIMMONS,<br><br>  Plaintiff,<br><br>  v.<br><br>A. AVILAR,<br><br>  Defendant. | Case No.  14-cv-00954-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 3/9/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Branlett Eugene Kimmons ID: AR2030
2900 Bristol Street
Suite B-300
Costa Mesa, CA 92626

Dated: 3/9/2015

Richard W. Wieking
Clerk, United States District Court

By: _Lisa R. Clark_____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO