UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANLETT EUGENE KIMMONS,<br>　　　　Plaintiff,<br>　　v.<br>A. AVILAR,<br>　　　　Defendant. | Case No.  14-cv-00954-JD<br><br>**ORDER VACATING MOTION FOR DISPOSITIVE JUDGMENT**<br><br>Re: Dkt. No. 31 |

Plaintiff, a former prisoner, proceeds with a pro se civil rights complaint under 42 U.S.C. § 1983.  This case is stayed and has been referred for settlement proceedings pursuant to the Pro Se Prisoner Mediation Program.  Plaintiff has filed a motion for dispositive judgment because defendant failed to file a dispositive motion.  Because the case has been stayed and referred for settlement proceedings, defendant need not file a dispositive motion until receiving further instruction from the Court.  Plaintiff's motion (Docket No. 31) is **VACATED** without prejudice and plaintiff may file a dispositive motion if this case does not settle.

**IT IS SO ORDERED.**

Dated: May 12, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANLETT EUGENE KIMMONS,<br><br>       Plaintiff,<br><br>       v.<br><br>A. AVILAR,<br><br>       Defendant. | Case No.   14-cv-00954-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 5/12/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Branlett Eugene Kimmons ID: AR2030
P.O. Box 160052
Sacramento, CA 95816-160052


Dated: 5/12/2015


                                        Richard W. Wieking
                                        Clerk, United States District Court



                                        By:_*Lisa R. Clark*_____
                                        LISA R. CLARK, Deputy Clerk to the
                                        Honorable JAMES DONATO