UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BRANLETT EUGENE KIMMONS,<br><br>    Plaintiff,<br><br>    v.<br><br>A. AVILAR, et al.,<br><br>    Defendants. | Case No. 14-cv-00954-JD (NJV)<br><br>**ORDER RE SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM, SETTING STATUS CONFERENCE AND REQUIRING MEET AND CONFER** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a settlement conference is scheduled in this case for 10:00 a.m. on December 14, 2016. The settlement conference will be conducted via video, with the parties appearing from Courtroom D of the Federal Courthouse at 450 Golden Gate Avenue in San Francisco, and the court appearing from McKinleyville.

Defense counsel is ORDERED to meet and confer telephonically with Plaintiff to discuss settlement of this case no later than November 23, 2016.

This matter is set for a telephonic status conference on December 6, 2016, at 1:00 p.m. The parties shall attend the settlement conference by dialing 888-684-8852 and entering access code 1868782.

Lead trial counsel shall appear at the settlement conference with the parties and persons having full authority to negotiate and settle the case. A person who needs to call another person not present before agreeing to any settlement does not have full authority. To the extent that such consultations are necessary, they must be made in advance of the settlement conference.

Personal attendance of a party representative will rarely be excused by the Court, and then

only upon separate written application demonstrating substantial hardship served on opposing counsel and lodged as early as the basis for the hardship is known.

Confidential settlement conference statements shall be mailed or emailed (NJVpo@cand.uscourts.gov) to and received by chambers no later than December 5, 2016. The parties shall report on the outcome of their settlement discussions in their settlement conference statements.

**Any request to continue the settlement conference shall state the reason therefor and be submitted in writing as soon as possible well in advance of the scheduled conference date.** Requests to vacate the settlement referral must be made to the referring Judge, not Magistrate Judge Vadas.

The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this case settles prior to the date set for the settlement conference.

**IT IS SO ORDERED**.

Dated: July 28, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge