UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BRANLETT EUGENE KIMMONS, | No. 14-CV-0954 (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| A. AVILAR, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of BRANLETT EUGENE KIMMONS, inmate no. P00380832, presently in custody at the Monroe Detention Center, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: September 18, 2017

NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: Warden, Monroe Detention Center

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of BRANLETT EUGENE KIMMONS, inmate no. P00380832, in your custody in the hereinabove-mentioned institution, before the United States District Court in Courtroom D of the Federal Courthouse at 450 Golden Gate Avenue in San Francisco at 10:00 a.m. on October 19, 2017, in order that said prisoner may then and there participate in the

1 SETTLEMENT CONFERENCE in the matter of Kimmons v. Avilar, et al, and at the termination of said
2 hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the
3 above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to
4 produce said prisoner at all times necessary until the termination of the proceedings for which his
5 testimony is required in this Court;

6     Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
7 for the Northern District of California.

9 Dated: September 18, 2017

SUSAN Y. SONG
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
    Administrative Law Clerk

Dated: September 18, 2017



NANDOR J. VADAS
United States Magistrate Judge