1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7   BRANLETT EUGENE KIMMONS,          Case No.  14-cv-00954-JD   (NJV)

8            Plaintiff,

**REPORT OF PRO SE PRISONER**
9       v.                                        **EARLY SETTLEMENT PROCEEDING**

10  A. AVILAR,

11            Defendant.

12

13        A settlement conference was held on October 19, 2017, and the results of that proceeding

14  are indicated below:

15        (1) The following individuals, parties, and/or representatives participated in the

16             proceeding, and each possessed the requisite settlement authority:

17             ( X )  Plaintiff, Branlett Eugene Kimmons, Pro Se.

18             (  )  Warden or warden's representative

19             (  )  Office of the California Attorney General

20             ( X )  Other: Peter J. Hirsig, Adam C. Young and, for CDCR, Brad Smith.

21        (2) The following individuals, parties, and/or representatives did not appear:

22  _____

23        (3)  The outcome of the proceeding was:

24             (  )  The case has been completely settled.  The parties agree that a proposed stipulated

25  order for dismissal of this case will be filed with the Court on _____.

26             (  )  The case has been partially resolved and counsel for defendants shall file a joint

27  stipulation regarding those claims which have been resolved.  The issues outlined on the sheet

28  attached remain for this Court to resolve.

( X )  The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: 10/23/2017



NANDOR J. VADAS
United States Magistrate Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRANLETT EUGENE KIMMONS,

        Plaintiff,

     v.

A. AVILAR,

        Defendant.

Case No.  14-cv-00954-JD   (NJV)

**CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

     That on October 27, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Branlett Eugene Kimmons
140 A Tony Diaz Drive
Woodland, CA 95776

Dated: October 27, 2017

Susan Y. Soong
Clerk, United States District Court

By:_____

Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS