UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANLETT EUGENE KIMMONS,<br>    Plaintiff,<br>v.<br>A. AVILAR,<br>    Defendant. | Case No. 14-cv-00954-JD<br><br>**ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

The Court hereby orders the issuance of a Writ of Habeas Corpus Ad Testificandum for the **telephone** appearance of BRANLETT EUGENE KIMMONS, inmate no. BG3842, presently in custody at the California Institution for Men, on October 23, 2018 at 2:00 p.m. for a **telephone conference** to be held by the Court.

**The Court also orders that no later than 48 hours in advance of the call on October 23, 2018, plaintiff appear by phone to schedule his appearance with CourtCall at 866-582-6878.**

To: Warden, California Institution for Men, P.O. Box 128, Chino, CA 91708

WE ORDER that you produce by **telephone** BRANLETT EUGENE KIMMONS, inmate no. BG3842, in your custody at the California Institution for Men, for a **telephone conference** to be held by the Court on October 23, 2018 at 2:00 p.m. WE FURTHER ORDER that no later than 48 hours in advance of the call on October 23, 2018, plaintiff shall appear by phone to schedule his appearance with CourtCall at 866-582-6878. WE FURTHER ORDER that you coordinate with Defendants' counsel in the above-titled case to allow inmate KIMMONS to participate in the

scheduled telephone conference.

YOU ARE FURTHER ORDERED to notify the Court of any change in custody of the inmate and shall provide the new custodian with a copy of this writ.

**IT IS SO ORDERED.**

Dated: October 5, 2018

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANLETT EUGENE KIMMONS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A. AVILAR,<br><br>　　　　Defendant. | Case No. 14-cv-00954-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 5, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Branlett Eugene Kimmons ID: BG3842
Cal. Instit. for Men
P.O. Box 600
Chino, CA 91708

Dated: October 5, 2018

　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　LISA R. CLARK, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　Honorable JAMES DONATO

3