UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANLETT EUGENE KIMMONS,<br><br>    Plaintiff,<br><br>v.<br><br>A. AVILAR,<br><br>    Defendant. | Case No. 14-cv-00954-JD<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 115 |

Plaintiff has filed a pro se civil rights action. On April 29, 2019, defendant filed a second motion for summary judgment and a second motion to dismiss for failure to prosecute. Plaintiff failed to file an opposition. On September 6, 2019, plaintiff was provided an additional 45 days to file an opposition or else the case would be dismissed under FRCP 41(b). Mail sent to plaintiff has been returned undeliverable because plaintiff is no longer in custody. Plaintiff has failed to update the Court with his current address or prosecute this case. The Court has repeatedly reminded plaintiff of his responsibility to prosecute this case and keep the Court updated with his current address. This case was nearly dismissed for failure to prosecute in 2018 (Docket No. 95), but plaintiff was provided an additional opportunity to pursue this case. This case is now **DISMISSED** with prejudice for plaintiff's failure to comply with the Court's orders. The pending motion (Docket No. 115) is **DISMISSED** as moot.

    **IT IS SO ORDERED.**

Dated: October 30, 2019

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRANLETT EUGENE KIMMONS,
    Plaintiff,

v.

A. AVILAR,
    Defendant.

Case No. 14-cv-00954-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 30, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Branlett Eugene Kimmons ID: BG3842
44750 60th Street West
Lancaster, CA 93536

Dated: October 30, 2019

    Susan Y. Soong
    Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO